**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ENRIQUE GARCIA CARDONA; FLAVIA C. GARCIA; ETIWANDA MINI STORAGE, LLC; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 5:22-cv-00112-MCS-SP<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Denying Application for Default Judgment, it is ordered, adjudged, and decreed that the Complaint is dismissed. The case is dismissed without prejudice for lack of jurisdiction. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 25, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1